*United States Probation & Pretrial Services*

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT
APR 12 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

Date: April 12, 2023
Re: Release Order Authorization
Docket Number: 2:23-MJ-1699
Defendant: Anthony Hao Dinh

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Oscar Brambila Ruelas
U.S. Probation & Pretrial Services Officer
Telephone No. 213-358-3971