SKT LAW, P.C.
Eliot F. Krieger, Esq. (SBN 159647) ekrieger@skt.law
7755 Center Avenue, Suite 1225
Huntington Beach, CA 92647
(949) 523-3333 Telephone | (949) 523-3003 Facsimile

Attorneys for Defendant ANTHONY HAO DINH

ROGER HSIEH.  Roger.Hsieh@usdoj.gov
Assistant United States Attorney
312 N. Spring Street, Suite 1100
Los Angeles, CA 90012-2551
Telephone: (213) 894-0600

Attorney for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>vs<br><br>ANTHONY HAO DINH, HANNA TRINH DINH, aka "HANG TRINH DINH", and MATTHEW HOANG HO, aka "MAT HOANG HO",<br><br>Defendants. | CASE NO. 2:23-mj-01699-1<br><br>ORDER TO MODIFY BAIL CONDITIONS AS TO DEFENDANT ANTHONY HAO DINH |
|---|---|

IT IS HEREBY ORDERED, pursuant to the executed Stipulation to Modify the Bail Conditions as to **Anthony Dinh only** in the above captioned matter, that Bail be modified as follows:

1. The $7 million bail is now to be divided among three properties as follows:

    a. $5,700,000 as to 12 Mysique, Newport Coast, CA;

    b. $700,000 as to 614 N. Lynwood Ave., Santa Ana, CA; and

    c. $600,000 as to 78 Barnes Rd., Tustin, CA

1

2. The date upon which to meet the conditions of Bond for Defendant Anthony Dinh is changed from April 26, 2023 to **April 28, 2023.**

IT IS SO ORDERED:

DATED: April 25, 2023

By: _____
HONORABLE DOUGLAS MCCORMICK
UNITED STATES MAGISTRATE JUDGE